**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MONTRAIL LOCK** **PLAINTIFF**
**ADC #139802**

**v.** **Case No: 3:25-cv-00279-LPR**

**DEXTER PAYNE, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 8) and the Plaintiff's Objections (Doc. 9). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] On May 15, 2026, the Court granted Plaintiff an opportunity to propose an Amended Complaint to address the deficiencies identified in the RD. *See* Order (Doc. 13). The Court has reviewed Plaintiff's proposed amendments and finds that they fail to fix the deficiencies identified in the RD. Plaintiff's Motion to Amend (Doc. 14) is therefore denied.